Thomas F. Keating, Jr. (SBN 76972)
Christian F. Kemos (SBN 239657)
FREITAS McCARTHY MacMAHON & KEATING, LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA 94901
Email: tkeating@freitaslaw.com
Email: ckemos@freitaslaw.com
Telephone: (415) 456-7500
Facsimile: (415) 456-0266

Attorneys for Defendants DR. LOUIS J. GEISSBERGER and
JOHN GEISSBERGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK, <br><br> Plaintiff, <br><br> v. <br><br> DR. LOUIS J. GEISSBERGER; JOHN GEISSBERGER; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: C09 01273 JCS <br><br> **STIPULATION FOR DISMISSAL** |

Pursuant to Fed.R.Civ.Pro. 41(a)(ii) it is hereby stipulated and agreed that Plaintiff MICHAEL PAULICK hereby voluntarily dismisses the above-captioned case with prejudice, in its entirety, each party to bear their own attorneys' fees and costs.

FREITAS McCARTHY MacMAHON & KEATING

Dated: February 1, 2010

By: _____
Thomas F. Keating, Jr., Attorneys for
Defendant DR. LOUIS J. GEISSBERGER and JOHN
GEISSBERGER

///

00058792.DOC

1

STIPULATION FOR DISMISSAL
Case No.: C09 01273 JCS

```
 1                          LAW OFFICES OF PAUL L. REIN
 2
 3  Dated: February 26, 2010    By: _____
                                    Paul L. Rein, Esq., Attorneys for Plaintiff
 4                                  MICHAEL PAULICK
 5
 6
 7
 8  Dated:  March 3, 2010
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```



IT IS SO ORDERED
Judge Joseph C. Spero

00058792.DOC

2

STIPULATION FOR DISMISSAL
Case No.: C09 01273 JCS