```
 1  Thomas F. Keating, Jr. (SBN 76972)
    Christian F. Kemos (SBN 239657)
 2  FREITAS McCARTHY MacMAHON & KEATING, LLP
    1108 Fifth Avenue, Third Floor
 3  San Rafael, CA 94901
    Email: tkeating@freitaslaw.com
 4  Email: ckemos@freitaslaw.com
    Telephone: (415) 456-7500
 5  Facsimile: (415) 456-0266

 6  Attorneys for Defendants DR. LOUIS J. GEISSBERGER and
    JOHN GEISSBERGER
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. LOUIS J. GEISSBERGER; JOHN GEISSBERGER; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: C09 01273 JCS<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Fed.R.Civ.Pro. 41(a)(ii) it is hereby stipulated and agreed that Plaintiff MICHAEL PAULICK hereby voluntarily dismisses the above-captioned case with prejudice, in its entirety, each party to bear their own attorneys' fees and costs.

FREITAS McCARTHY MacMAHON & KEATING

Dated: February 1, 2010

By: _____
Thomas F. Keating, Jr., Attorneys for
Defendant DR. LOUIS J. GEISSBERGER and JOHN GEISSBERGER

///

00058792.DOC

1

STIPULATION FOR DISMISSAL
Case No.: C09 01273 JCS

1
2                                        LAW OFFICES OF PAUL L. REIN
3  Dated: February 26, 2010          By: _____
                                         Paul L. Rein, Esq., Attorneys for Plaintiff
4                                        MICHAEL PAULICK
5
6
7
8  Dated:  March 3, 2010
9
10
11



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

00058792.DOC                             2
                                                              STIPULATION FOR DISMISSAL
                                                              Case No.: C09 01273 JCS